373 A.2d 1138

Commonwealth v. Sutherland, Appellant.

612

Argued March 14, 1977. William H. Naugle, for appellant; Richard H. Horn, Assistant District Attorney, and Donald L. Reihart, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.